IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF CRAWFORD ELECTRIC SUPPLY COMPANY, INC. | )( | |
| VS. | )( | CIVIL ACTION NO. 5:15-cv-00558- DAE |
| McMULLEN GLOBAL SERVICES, INC. D/B/A MGS CONSTRUCTION; SATTERFIELD AND PONTIKES CONSTRUCTION, INC.; LIBERTY MUTUAL INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY and PAT McMULLEN, INDIVIDUALLY | )( | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation to dismiss, the court

GRANTS the stipulation and dismisses the case

(i) without prejudice as to Defendants, MCMULLEN GLOBAL SERVICES, INC. D/B/A MGS CONSTRUCTION and PAT MCMULLEN, INDIVIDUALLY; and

(ii) with prejudice as to Defendants, SATTERFIELD AND PONTIKES CONSTRUCTION, INC., LIBERTY MUTUAL INSURANCE COMPANY, and CONTINENTAL CASUALTY COMPANY.

SIGNED on Aug. 21, 2015.

HONORABLE DAVID A. EZRA,
JUDGE PRESIDING

**APPROVED & ENTRY REQUESTED:**

**FORD MURRAY, PLLC**
Union Square II
10001 Reunion Place, Suite 640
San Antonio, Texas 78216
Telephone: (210) 731-6400
Telecopier: (210) 731-6401
mark.murray@fordmurray.com

By: ______________________
S. MARK MURRAY
State Bar No. 14729300
ATTORNEYS FOR USE COMPLAINT, CRAWFORD ELECTRIC SUPPLY COMPANY, INC.

______________________
JIM MUSKA
State Bar No. 24062912
Assistant General Counsel
11000 Equity Drive, Suite 100
Houston, Texas 77041
Telephone: (713) 996-1300
Telecopier: (713) 996-1400
jmuska@satpon.com
ATTORNEY FOR DEFENDANTS, SATTERFIELD AND PONTIKES CONSTRUCTION, INC., LIBERTY MUTUAL INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY

**JAMES MONTGOMERY P.C.**
2702 Treble Creek
San Antonio, Texas 78258
Telephone: (210) 690-3700
Telecopier: (210) 568-4550
jemlaw@msn.com

By: ______________________
JAMES MONTGOMERY, JR.
State Bar No. 14292000
ATTORNEYS FOR DEFENDANTS, MCMULLEN GLOBAL SERVICES, INC. D/B/A MGS CONSTRUCTION AND PAT MCMULLEN, INDIVIDUALLY